*In re* CARLOS M. ORTIZ VELÁZQUEZ.

*Número:* AB-97-43      *Resuelto:* 7 de mayo de 1999

*Carlos M. Ortiz Velázquez, pro se,* peticionario; *Felipe Benicio Sánchez Rivera* y *Fernando Carlo Rivera,* abogados de la parte peticionaria; *Carlos Lugo Fiol, Procurador General,* y *Cynthia Iglesias Quiñones, Procuradora General Auxiliar.*

## RESOLUCIÓN

Se accede a la solicitud de reinstalación de Carlos Ortiz Velázquez al ejercicio de la abogacía. El peticionario deberá realizar los pagos que le adeuda al Sr. Julio Morales Nieves, según fue determinado en la sentencia dictada por el Tribunal de Primera Instancia, durante los próximos doce (12) meses, bajo apercibimiento de sanciones disciplinarias.

Visto el Informe del Procurador General sobre la queja presentada por el Sr. Santos Díaz Rodríguez contra el peticionario Ortiz Velázquez, se ordena el archivo de este asunto.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Negrón García disintió. El Juez Asociado Señor Rebollo López y la Juez Asociada Señora Naveira de Rodón no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*